U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 2 2018

TONY R. MOORE CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DELMON MARZETT, Plaintiff | CIVIL ACTION NO. 1:18-CV-110-P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN LIBBY TIGNER, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Marzett's claims against Major Poole are **DENIED** and **DISMISSED WITH PREJUDICE**. Marzett's claims against Marlin Gusman and the John Doe transportation officers from Orleans Parish are **SEVERED** and **TRANSFERRED** to the Eastern District of Louisiana.

An order regarding service of process on the remaining Defendants will be issued in due course.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 2nd day of August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE